# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

CIVIL ACTION NO.  3#13 CV 00115 JBA

Nabil Ghawi

Plaintiff

vs.

Citibank, N.A.

Law firm Howard L. Schiff, P.C.

Jeanine M. Dumont

Heath A. Tiberio

Rebecca Jadach

Quaneshia Dailey-Thompson   et. al.

FILED 2014 JAN 16 AM 10 06 U.S. DISTRICT COURT NEW HAVEN, CT.

January 14, 2014

## MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S MOTION TO DISMISS COMPLAINT

1

Plaintiff, Nabil Ghawi repectfully requests this Court to permit him 31 days to respond to Defendants, Law Firm of Howard L. Schiff P.C., Jeanine M. Dumont, Heath A. Tiberio, Rebecca Jadach, Queneshia Dailey-Thompson, Citibank, N.A., et. al. (Defendants) from January 31, 2014 or the time that a motion for extension of time to file a response to the complaint is filed. In support of this motion Plaintiff states the following:

1- There are seven (7) counts that the amended complaint of 1 April, 2013 is founded on.

2- Plaintiff had named Citibank, N.A. in the complaint but the law firm f Howard L. Schiff P.C. (HLS) declined service on behalf of their alleged client and did not forward complaint to Citibank, N.A. but returned it to Plaintiff directly.

3- Plaintiff had to reissue the summons and had it served on Citibank, N.A. in South Dakota as that is the address of record.

4- I receive a telephone call from Ms. Dumont on January 9th, 2014 informing me that HLS will in fact be appearing for their purported client and she requested for an extension of time to which I had no objection.

5- The reasons on which HLS is attempting to dismiss the complaint completely disregards Citibank, N.A. as a Defendant and merely addresses the issues with respect to HLS et al.

6- Since I have no knowledge as to how Citibank, N.A. will reply to the complaint I am unable to comprehensively reply to dismissal by HLS et. al.; as it incorporates all parties and they are integral to the foundation of the summons.

7- The memorandum of law of November 21, 2013 in support of motion to dismiss does not address Citibank, N.A.'s position The complaint requires all responses as they are germane to the suit.

8- I can send in the reasons why the case should not be dismissed pursuant to Defendants memorandum of law but since the suit is against all named parties in the same complaint it would be sorely lacking and would not do justice.

9- Some of the arguments will be predicated on other defenses and the causes of action cannot be separated as one is dependent on the other.

10- During my discussion with Ms. Dumont on January 9th, 2014 I told her that since she was taking an extension of time for Citibank, N.A. I, in turn, would also need an extension of time from when I receive her response.

Wherfore, Plaintiff, Nabil Ghawi respectfully requestes that this Court grant him 31 days from January 31, 2014, or the time that Ms. Dumont replies to the complaint.

Nabil R. Ghawi, Plaintiff
14 Hawthorne St S (Apt B)
Greenwich, CT 06831
Tel# 203-531 5122

3

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on January 14, 2014 to Citibank N.A.'s counsel of record:

Jeanine M. Dumont ct 05021
Law Offices Howard Lee Schiff PC
510 Tolland Street
East Hartford, Connecticut 06108

Telephone (860) 528 9991
Fax (860) 528 7602

Nabil Ghawi

*[signature]* 1/14/2014