UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NABIL GHAWI        Plaintiff | CIVIL ACTION NO.  3:13 CV 00115 JBA |
| vs | |
| LAW OFFICES HOWARD LEE SCHIFF P.C.JEANINE M. DUMONT, HEATH A. TIBERIO,REBECCA JADACH, QUANESHIA DAILEY-THOMPSON, CITIBANK, N.A.        Defendants | JANUARY 27, 2014 |

**DEFENDANT, CITIBANK, N.A.'S, MOTION FOR PRE-FILING CONFERENCE**

Defendant, CITIBANK, N.A. moves this Court for a Pre-Filing Conference pursuant to second (f) of the Order for Pretrial Deadlines on the grounds that defendant intends to move to dismiss this case.

The Pretrial Deadline for filing a Motion to Dismiss [90 days after the filing of the complaint or April 24, 2013—has passed because the complaint was not served by the plaintiff on Citibank, N.A., until December 20, 2013.  However, this Motion is timely because it is being filed within the time as extended by this Court for the filing of a response to the complaint by Citibank N.A.

WHEREFORE defendant respectfully requests that this Court order a Pre-Filing Conference in this case.

DEFENDANT, CITIBANK, N.A.


      /s/
Jeanine M. Dumont   ct 05021
Law Offices Howard Lee Schiff PC
Its Attorney
510 Tolland Street
East Hartford, Connecticut 06108
Telephone (860) 528 9991
Fax (860) 528 7602

**CERTIFICATION OF SERVICE**

     I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on JANUARY 27, 2014 to the following counsel of record:

**PLAINTIFF**
NABIL GHAWI
14 HAWTHORNE STREET S (APT. B)
GREENWICH, CT.  06831

      /s/
Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**