**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NABIL GHAWI<br>    Plaintiff | CIVIL ACTION NO. 3:13 CV 00115 JBA |
| vs | |
| LAW OFFICES HOWARD LEE SCHIFF P.C.<br>JEANINE M. DUMONT, HEATH A. TIBERIO,<br>REBECCA JADACH, QUANESHIA DAILEY-<br>THOMPSON, CITIBANK, N.A.<br>    Defendants | FEBRUARY 12, 2014 |

**MOTION TO RESCHEDULE DATE AND TIME FOR PRE-FILING CONFERENCE**

Defendant, Citibank, N.A. moves this Court for a new date for the Pre-Filing Conference scheduled by this Court for 2:00 p.m. on February 19, 2014, on the grounds that the parties' are involved in an appeal in the case, *Citibank N.A. v. Nabil Ghawi*, Connecticut Appellate Court Docket No. 35514, and the oral argument of this appeal has been scheduled for February 19, 2014 at 2:00 p.m. Therefore, the undersigned cannot be available for the Pre-Filing Conference at the same time.

The undersigned has contacted Mr. Ghawi and he does not object to the rescheduling of this Conference given these circumstances.

WHEREFORE, defendant, CITIBANK, N.A., respectfully requests that this Court grant this Motion and reschedule the Pre-Filing Conference for another date and time.

DEFENDANT, CITIBANK, N.A.

*/s/ Jeanine M. Dumont*

Jeanine M. Dumont   ct 05021
Law Offices Howard Lee Schiff PC
Its Attorneys
510 Tolland Street
East Hartford, Connecticut 06108
jdumont@hlschiffpc.com
Telephone (860) 528 9991
Fax (860) 528 7602

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on FEBRUARY 12, 2014 to the following counsel of record:

**PLAINTIFF**
NABIL GHAWI
14 HAWTHORNE STREET S (APT. B)
GREENWICH, CT. 06831

Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**