UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Ghawi,
    *Plaintiff*,

v.

Schiff, et al,
    *Defendants*.

Civil No. 3:13cv115 (JBA)

## SCHEDULING ORDER

Pursuant to the colloquy with the parties on the record 2/20/14, the following is ordered:

1. Plaintiff's Final Supplemental Amended Complaint will be filed by 3/13/14.

2. Defendants' Motion to Dismiss on behalf of all defendants will be filed by 4/3/14; plaintiff's opposition will be filed by 4/24/14; defendants' reply, if any, will be filed by 5/8/14.

3. By agreement, Doc. # 40 is DENIED, without prejudice to renew, pursuant to the above schedule.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: February 20, 2014.