UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**AMENDED COMPLAINT**

**313-CV-0011⅝-JBA**

**CIVIL ACTION**

March 12, 2014

Nabil Ghawi

**Plaintiff**

**vs.**

Law firm Howard L. Schiff, P.C.

Jeanine M. Dumont

Heath A. Tiberio                    *JURY TRIAL DEMANDED*

Rebecca Jadach

Quaneshia Dailey-Thompson

Citibank,et.al.

1

Defendant(s) hereinafter all entities and individuals known as singular Defendant or Defendants.

## I. JURISDICTION

1.   Jurisdiction of this Court arises under **15 U.S.C. §1692k(d), 28 U.S.C. §§ 1331 and 1337 and Fed. R. Civ. P. 18(a)**

## II.   VENUE

2.   Venue is proper pursuant to **15 U.S.C. §1692k.**  Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

## III.   PARTIES

3.   Plaintiff, Nabil Ghawi, ("Plaintiff") is a natural person and is a resident of the State of Connecticut, Fairfield County.  Plaintiff is a consumer as defined by the FDCPA, **15 U.S.C. §1692a(3)**

4.   Defendant Howard L. Schiff PC and employees is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by **15 U.S.C. §1692a(5)** and  authorized to practice law (but not licensed as a debt collector in Connecticut as per **C.G.S. Sec. 36a-801**) at 510 Tolland St., East Hartford, CT 06108   Defendant Citibank, NA is a bank - creditor that is in the business of credit cards and loans.

5.   Defendant is a creditor as defined by **15 U.S.C. §1602, supra.**

2

6.      Defendant is a debt collector within the meaning of the **FDCPA, 15 U.S.C. §1692a(6).**

7.      Plaintiff is a consumer within the meaning of the **FDCPA, 15 U.S.C. §1692a(3).**

8.      Defendant is the counsel law firm, Howard Lee Schiff P.C. and attorneys Jeanine M. Dumont, Esq., Heath A. Tiberio, Esq., Rebecca Jadach, Esq., and  Quaneshia Dailey-Thompson, legal assistant; and alleged creditor Citibank, N.A. each individually and jointly.

9.      Plaintiff refers to Nabil R. Ghawi and the Defendant, Defendants refers to Jeanine M. Dumont, Heath A. Tiberio, Rebecca Jadach, Quaneshia Daley-Thompson and the law firm of Howard Lee Schiff, P.C. and Citibank, N.A. The term Defendant and Defendants are used interchangeably (hereinafter "HLS" or "Defendant" or "Defendants").

## IV. COMPLAINT
## INTRODUCTION
## STATEMENT OF FACTS

10.     On July 9th, 2011 the Plaintiff received a letter via US postal mail from Defendant Howard L. Schiff, PC (HLS) "suggesting that Plaintiff send a check or money order for the balance due to Citibank N.A....... in the amount of $ 14,773.19."

11.     Plaintiff received 3 more letters through the US mail from Plaintiff; dated September 8th, 2011, September 27th, 2011 and January 28th, 2012 requesting settlement of an alleged debt.

12.     During 2010-2011 Plaintiff and two other law firms, Solomon and Solomon PC and Shermeta, Adams & Von Allmen, PC, attempted to collect on the same alleged debt.

13.     Plaintiff has requested the authority of Defendant HLS to show proof of being retained by Citibank, N.A. as two other debt collector law firms attempted to collect on the same alleged debt.

14.     Defendant HLS has never validated the alleged debt properly although the Plaintiff has requested from the Defendant HLS by written letters dated 15 July 2011, 16 May 2012, 16 July 2012, 28 August 2012, 3 September 2012, 8 September 2012, 14 September 2012, 17 September 2012, that the alleged debt be correctly validated pursuant to the FDCPA.

15.     Defendant(s) have continually pursued such alleged debt even though Plaintiff informed Defendant to stop further communication until documentation supporting their case was produced.

16.     Each Defendant individually and severally is also liable for the behaviors of every other Defendant(s) as all actions were taken in concert and with other's consent, knowledge and acquiescence.  Defendants took their actions described while acting under the direct control and decision-making of one another and for their direct benefit.

17.     The Defendants are each liable to the Plaintiff for actual damages, punitive damages,  statutory damages,  loss of business due to reputational damage,  emotional damages sustained, reasonable attorney's fees and costs as provided for by **15 U.S.C. §1692k**, as well as interest costs.

18.       **15 U.S.C. 1637(a)** requires a creditor to disclose rates, fees and other cost information in applications and solicitations to open credit card accounts before opening any account under an open end consumer credit plan.  This is a statutory condition precedent to the accrual of a cause of action for breach of a credit card account.

## V.  FIRST CAUSE OF ACTION

### VIOLATION OF FAIR DEBT

4

## COLLECTION PRACTICES ACT (FDCPA)

19.     Plaintiff alleges and incorporates the information in paragraphs 1 through 18.

20.     Defendant, specifically Ms. Daley-Thompson violated **15 U.S.C. §1692c(a)(1)** which states (a) Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt—(1) at any unusual time or place or a time or place known or which should be known to be inconvenient to the consumer. (Exhibit 1)

21.     On at least 2 occasions Plaintiff asked Ms. Dailey-Thompson why his caller ID indicated telemarketer her response was "I do not know why that happens."   Exhibit 1 only indicates the calls in which actual evidence can be produced on paper that automated calls were made. The ones highlighted in yellow are the ones that fall within the FDCPA and TCPA one year statute of limitations.

22.     Exhibit 1 does not include the countless other calls in which Plaintiff responded to calls and spoke to an individual. Plaintiff recalls many such calls in which Plaintiff informed HLS that they should not continue to call him. Plaintiff will attempt to retrieve such information. If unable to get such documentation Plaintiff will sign an affidavit testifying to that.

23.     Plaintiff finally informed Ms. Dailey-Thompson that his time was valuable and although he was not culpable he would offer them $1000 so that they would not continue to harass him as his time could be more constructively be used making an income.

24.     Ms. Dailey-Thompson informed Plaintiff that she would consult her superiors and get back to him.

25.     HLS never called Plaintiff after that time. Instead several weeks later a summons was issued.

26.     Plaintiff  has no physical evidence to that effect but would be willing to issue a sworn affidavit testifying to that.

27.     Plaintiff would request Ms. Daily-Thompson and HLS to be deposed or issue a sworn statement that this did not occur.

28.     Defendant failed to identify themselves violating **§1692b(1).** **(**Exhibit 1).

29.     Defendant called Plaintiff without permission of Plaintiff, violating **§1692b(3).** (Exhibit 1).

30.     Defendants caused the cell phone to ring repeatedly, violating **§1692d(5).**

31.     Defendants placed telephone calls and not left messages without disclosing their true identity, violating **§1692d(6.)**  (Exhibit 1).

32.     Defendants engaged in false or misleading representations in communications or means in connection with the debt collection, violating **§1692e.** (Exhibit 1).

33.     Defendant violated **15 U.S.C. §1692e(2)** by falsely representing the character, amount, or legal status of any alleged debt. (Exhibit 1 and correspondence).

34.     Defendants violated **§1692e (10)** by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. (Exhibit 1, verbal communications and written correspondence).

35.     Defendants violated §1692f(1) by attempting to collect any amount not authorized by the agreement creating the debt or permitted by law. Defendant has failed to produce agreement as demanded by Plaintiff (Exhibit 1 and correspondence).

# VI. SECOND CAUSE OF ACTION

## VIOLATIONS OF THE TELEPHONE COMMUNICATIONS  PRACTICES ACT (TCPA)

36.     Plaintiff alleges and incorporates the information in paragraphs 1 through 35.

37 - The TCPA sets forth a broad definition of what constitutes an Automated Telephone Dialing System ("ATDS") as follows: 47 USC 227 (a) DEFINITIONS.—As used in this section— (1) The term "automatic telephone dialing system" means equipment which has the capacity— (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers.

HLS falls within this definition and these parameters as there are no exemptions with reference to automated calls. **In 2008  TCPA order 11, the FCC explicitly observed "** The plain language of sections **227(b)(1)(A)** (iii) prohibits the use of auto dialers to make any call to a wireless number in the absence of prior express consent of the called party **regardless of content.** The phone numbers provided according to Exhibit 2 (highlighted in yellow) are not the ones that creditor's alleged counsel contacted. Therefore, assuming that HLS were indeed representing creditor then they should only use the contact numbers provided and no consent was ever given for anyone to call Plaintiff on the number that is linked to his cell phone and business.

38.     Defendant used an automatic telephone dialing system as defined by **47 USC § 227 (a)(1)** when it made each and every call to Plaintiffs number which rings on his cell phone.

39.     Highlighted in yellow Exhibit 2 indicates that Defendant had never issued his 203- 5315122 to alleged creditor. That number is reserved for his business and cell phone.

40.     Defendant made the calls to Plaintiff willfully and knowingly after the first call.


41.     Defendant made the calls to Plaintiff knowingly and willfully. Damages pursuant to 47 U.S.C. § 227 (b)(3)(B) for each and every call in the amount of at least $500 for each such act that this Court finds were not made willfully or not made knowingly; damages pursuant to **47 U.S.C. § 227 (b)(3)(B)** for each and every call in the amount of $1,500 for each such act that this Court finds were made willfully or were made knowingly.

42.    Defendant's acts in making the calls to Plaintiff were not accidental.

43.    Plaintiff's privacy has been invaded as a result.

44.    The FCC also stated that the "purpose of the requirement that equipment have the 'capacity to store or produce telephone numbers to be called' is to ensure that the prohibition on autodialed calls not be circumvented" and that to exclude equipment because "it relies on a given set of numbers would lead to an unintended result." The FCC also concluded that predictive dialers are governed by the TCPA because, like earlier auto dialers, they have the capacity to dial numbers "without human intervention. "In doing so, it interpreted "automatic telephone dialing system" to include equipment that utilizes lists or databases of known, nonrandom telephone numbers. **Griffith v Consumer Portfolio Services, Inc. Northern District Illinois, 1:10-cv-02697.**

Defendant's telephone equipment fits squarely within the TCPA's definition of an ATDS in that it has the capacity to store and dial telephone numbers without human intervention. Defendant's equipment is a factual issue. **Vance v. Bureau of Collection Recovery LLC, No. 10-06324, 2011U.S.) Dist. LEXIS 24908 at *6 -7 (N.D.III., March 11, 2011).**

## COUNT VII:

### Racketeer Influenced and Corrupt Organizations Act.

45.    Plaintiff alleges and incorporates the information in paragraphs 1 through 44.

46.    Defendant(s) violated **18 U.S.C. §1961**(an "enterprise" as defined by 18 U.S.C §196 are distinct corporations or legal entities).  In addition, Defendants used other third-party's to help them create the false affidavits and procedures alleged

8

herein, drafting language that Defendants knew would be interpreted incorrectly by consumers and courts around the country.  They were designed to be misinterpreted.  Such conduct was not simply unethical, but criminal.

47.    Defendant(s) were engaged for a common economic purpose of enabling the collection of such alleged credit card account.

48.    Further, Defendant(s) used questionable affiants and affidavits.

49.    Defendant(s) were separate entities and each operated in their own self-interest.  They were organizationally structured in a defined set of relationships and roles and were so engaged for an ongoing continuous business relationship.

50.    The transmission of the false affidavits and unsigned correspondence through the United States mail system affects interstate commerce. Court fees are paid and judgments are then taken and enforced.

51.    The conduct and actions of the Defendants as alleged herein – creating fraudulent affidavits for use in collection lawsuits and corresponding with unsigned documentation violated the federal mail and wire fraud statutes, **18 U.S.C. §§ 1341, 1343**. They involved an ongoing scheme to defraud consumers and courts.

52.    No credit card shall be issued to any person except in response to a request or application for a credit card.  No contract has been produced even though Plaintiff has demanded that such agreement is supplied.

53.    Defendant left messages on Plaintiff's phone in violation of  **47 U.S.C. § 227(b)(1)(A)**.(Exhibit 1).

54.    Plaintiff and Defendants do not have an established business relationship within the meaning of **47 U.S.C. §227.**  Defendant has called the Plaintiffs telephone using an automatic dialing system and a prerecorded voice. (Exhibit 1).

55.    Defendant has demonstrated willful or knowing non-compliance with **47 U.S.C. §227(b)(1)(A)**. Any calls after the first calls is willful and are subject to treble damages.

## VIII. THIRD CAUSE OF ACTION

## VIOLATION OF CONNECTICUT GENERAL STATUTES

56.     Plaintiff alleges and incorporates the information in paragraphs 1 through 55.

57.     Plaintiff does not have an established relationship with HLS. Plaintiff has asked   Ms. Dumont to show true representation to which the response was that I should "assume so" as they were a law firm. In their role as a debt collector they are not exempt. Plaintiff cannot and does not assume anything without proof according to statute. Consequently HLS is acting in the capacity of a solicitor and not creditor and therefore the exemption afforded by **47 CFR 64.1200(a)(2)(iii) and iv** does not apply to HLS.

58.     **C.G.S.§16- 256e** state laws prohibit robo-calls transmitting unsolicited business, commercial, or advertising messages through recorded telephone message devices that do not disconnect immediately when the consumer hangs up. (All calls in Exhibit 1 fall within this statute).

59.     Defendant has violated Connecticut law **CGS Sec. 42-288a** that prohibits calls at any time to any consumer who requested the solicitor not to make any more calls. (All calls in Exhibit 1).

60.     Defendant has violated Connecticut law **CGS Sec. 42-288d** that prohibits the use of recorded message devices (Exhibit 1).

61.     Defendant has violated **CGS Sec. 36a-646** Prohibited acts. No creditor shall use any abusive, harassing, fraudulent, deceptive or misleading representation, device or practice to collect or attempt to collect any debt. (All calls in Exhibit 1).

62.     Defendant has violated **CGS Sec. 36a-648**. Abusive, harassing, fraudulent, deceptive or misleading debt collection practices. A creditor, as defined in section **36a-645**, who uses any abusive, harassing, fraudulent, deceptive or misleading representation, device or practice to collect or attempt to collect a debt in violation of section **36a-646** or the regulations adopted pursuant to section **36a-647** shall be liable to a person who is harmed by such conduct. (All calls in Exhibit 1).

63.     Defendant has violated **CGS Sec. 36a-681.** Any person who willfully and knowingly (1) gives false or inaccurate information or fails to provide information which such person is required to disclose.........shall be fined not more than five thousand dollars or imprisoned not more than one year or both.

64.     Defendant has violated **CGS Sec. 36a-683; Failure to disclose.** Except as otherwise provided in this section, any creditor who fails to comply with any requirement of sections **36a-675 to 36a-685, inclusive, including Section 125 of the Consumer Credit Protection Act (15 USC 1635), or of section 36a-771 or 36a-774,** with respect to any person is liable to that person in an amount equal to the sum of (1) any actual damage sustained by such person as a result of the failure; one hundred dollars nor greater than one thousand dollars. (All calls in Exhibit 1).

## IX. FOURTH CAUSE OF ACTION

### VIOLATION OF TRUTH IN LENDING ACT TILA

### TRUTH IN LENDING ACT, 15 U.S.C. § 1601 et seq.

65.     Plaintiff alleges and incorporates the information in paragraphs 1 through 4.

66.     The **caller ID Act of 2009** makes it unlawful for any person to transmitting misleading inaccurate caller ID information with the intent to defraud or deceive.

67.     Defendant has not submitted a copy of the contract or other writing evidencing the original debt, which must contain a written signature of the defendant or evidence of the debtor's agreement by electronic means in compliance with **Section 101** of the Electronic Signatures in Global and National Commerce Act, **15 U.S.C. § 7001**. If the debt arises from a credit card and no document signed by the consumer to evidence liability ever existed, then reasonable verification shall include copies of documents generated when the credit card was actually used, including the disclosures required by **15 U.S.C. § 1637.**

68.     A debt collector must provide a copy of the original contract or other documentation that the consumer actually incurred the debt.  In credit card cases, such documentation could arguably be required by the Truth in Lending Act, **15 U.S.C. § 1643(b),** which provides that in any action by a creditor to enforce liability for the use of a credit card, the burden of proof is upon the creditor to show that the use was authorized. At least one state supreme court has held that this section of TILA requires creditors to provide evidence that the consumer signed the account application, a copy of the account agreement, and a copy of billing statements. Creditors are required to provide such evidence and debt collectors representing creditor are obligated to either have creditor entation representation or should not be able to represent creditor in some capacities and not others.

## X.     FIFTH CAUSE OF ACTION

## VIOLATION OF U.S. MAIL FRAUD ACT

69.     Plaintiff alleges and incorporates the information in paragraphs 1 through 68.

70.     Defendant and/or other unknown third-parties mailed through the U.S. Mail System a multitude of deceptive unsigned letters, disguising the identity of the "true" author and executor of the document.  Such misrepresentations of character and identity were carried out as a willful act of malice to mislead the Plaintiff and prevent him from having the ability to communicate with the maker/sender, and/or to include such person(s) in litigation, and/or examine such person(s) under oath by way of depositions and other methods by subpoena.

71.     Defendant knowingly and defiantly proceeded with collection efforts in violation of **15 U.S.C.  § 1692 Et. seq. and 18 U.S.C. § 1341** after being informed that the validation of alleged debt was demanded. (All calls in Exhibit 1).

## XI.  SIXTH CAUSE OF ACTION

## VIOLATION OF CONNECTICUT UNFAIR

## TRADE PRACTICES   ACT ( C.U.P.T.A.)

72.  Plaintiff alleges and incorporates the information in paragraphs 1 through 71.

73.      All telephone calls (not just highlighted ones) displayed in Exhibit 1 applies to CUPTA as they fall within the 3 year statute  of limitations.

74.     Defendant has violated **C.G.S. § 42-110 et. Seq.** that governs unfair trade practices in the state and "prohibits the unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce".

75.    HLS acting as a debt collector is subject to CUPTA. In their actions HLS, although an attorney, is also considered to be a debt collector as the majority of their business is in debt collection.

76.    HLS when acting as a debt collector, even though they may be practicing attorneys are under the jurisdiction of CUPTA. HLS cannot be a debt collector when it suits their needs and as an attorney when it does not. They are both a debt collector and an attorney and since they are "wearing two hats" they are subject to both debt collector rules AND attorney rules. Since they are acting in both capacities then they are subject under BOTH jurisdictions.

77.    Although HLS claims to be acting as counsel to creditor there has been no proof as such. Plaintiff does not accept that they are acting on behalf of creditor when they are working in their own self-interest and creditor has not appeared even once and thus is a faceless and invisible party to their own alleged action.

78.    C.U.P.T.A., **C.G.S. § 42-110A- 42-110Q** provides remedies for unfair competition and false or deceptive advertising. Continued attempts to collect the debt were unfair, unlawful, immoral, and oppressive and have caused substantial injury to the plaintiff.

79.    Plaintiff has suffered an "ascertainable loss of money as a result of prohibited practices and may bring an action to recover actual damages" **C.G.S. § 42-1109g(a).**

80.    Plaintiff has suffered lost opportunities, time, expenses etc. and loss of reputation due to the actions of Defendant.


XI.    *SEVENTH CAUSE OF ACTION*


14

## UNCONSCIONABILITY

81.     Plaintiff alleges and incorporates the entirety of the facts and information from the above CAUSES OF ACTION and paragraphs 1 through 80, and herby makes such a part of the SEVENTH CAUSE OF ACTION as example of conduct the nature which is deemed unconscionable.

## XII. EIGHTH CAUSE OF ACTION:

## VIOLATION OF MISCONDUCT

82.     The Plaintiff incorporates the information in paragraphs 1 through 81 in their entirety.

83.     Howard L. Schiff P.C., in concert with Citibank N.A., filed a sham complaint in Stamford, CV 126013516 S, making a series of materially false allegations that misled the Superior Court to rely on false representation and false documentation to find in favor of the Defendant.

84.     Said lower tribunal action was at all times in violation of federal law; particularly as enumerated above in previous counts the FDCPA, the FTC Act, Mail Fraud acts, misrepresentation etc.

85.     As such, the complaint and its allegations of the Plaintiff are thus a question of federal law giving rise to the jurisdiction of this United States Federal Court.

86.     Although Plaintiff feels that his case was not properly adjudicated in the lower courts and his case is in appeal this federal suit stands on its own merits. No matter the outcome of the appellate case this suit is not dependent on the outcome of the appellate be it decision.

87.     Plaintiff would welcome court's review of the case in state court as many valid points were made. No matter this case must be reviewed on its own standing.

88.     This is a federal suit based on the behavior of the creditor and debt collector in which federal rules apply.

## XII.    REQUEST FOR RELIEF

**WHEREFORE,** based upon the foregoing facts the Plaintiff requests the following relief:

89.     Judgment against the law firm Howard Lee Schiff P.C. and each Defendant individually including Jeanine Dumont, Quaneisha Daley-Thomson, Heath A. Tiberio, Rebecca Jadach and Citibank, N.A. for actual damages.

90.     Judgment against Howard Lee Schiff P.C. and each defendant individual including Jeanine Dumont, Quaneisha Daley-Thomson, Heath A. Tiberio, Rebecca Jadach and Citibank, N.A. for statutory damages.

91.     Judgment against the law firm Howard Lee Schiff P.C. and each defendant Jeanine Dumont, Quaneisha Daley-Thomson, Heath A. Tiberio, Rebecca Jadach and Citibank, N.A.for punitive damages

92.     Costs incurred of lawsuit, including attorney fees and other related expenses.

93.     Post judgment statutory interest at the rate of 10% per annum pursuant to C.G.S. Sec 37-3a and Sec. 52-356d

94.     Expenses due to loss of sleep, distraction from work, emotional distress and loss of income due to reputation damage.

95.     Any other relief that this Honorable Court deems appropriate.

## XIII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this March 11, 2014.

Nabil R. Ghawi, Plaintiff
14 Hawthorne St S (Apt B)
Greenwich, CT  06831

*EXHIBIT I*  *Calls from 866-234-7606*

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:38 Voice Message
SCHIFF

06/21/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Thursday, June 21, 2012 05:10PM EDT Calling Number: 866-234-7606 Message Length: 38 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
SCHIFF

06/16/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, June 16, 2012 03:43PM EDT Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
SCHIFF

06/02/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, June 02, 2012 04:08PM EDT Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
SCHIFF

05/26/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, May 26, 2012 06:25PM EDT Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
SCHIFF

05/12/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, May 12, 2012 03:50PM EDT Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
SCHIFF

04/21/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, April 21, 2012 02:28PM EDT Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:37 Voice Message
SCHIFF

04/07/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, April 07, 2012 03:19PM EDT Calling Number: 866-234-7606 Message Length: 37 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

EXHIBIT 1 A 866-234-7606

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
SCHIFF

03/24/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, March 24, 2012 02:00PM EDT
Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
SCHIFF

03/17/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, March 17, 2012 02:44PM EDT
Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
SCHIFF

02/11/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, February 11, 2012 04:29PM EST
Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:01 Voice Message
SCHIFF

02/04/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, February 04, 2012 03:06PM EST
Calling Number: 866-234-7606 Message Length: 1 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:37 Voice Message
SCHIFF

01/21/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, January 21, 2012 02:55PM EST
Calling Number: 866-234-7606 Message Length: 37 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
Inbox

01/14/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, January 14, 2012 03:44PM EST
Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:37 Voice Message
SCHIFF

01/07/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, January 07, 2012 04:31PM EST
Calling Number: 866-234-7606 Message Length: 37 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...

EXHIBIT 1 B

866-234-7606

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
SCHIFF

12/17/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, December 17, 2011 04:11PM EST
Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...
Γ

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:28 Voice Message
SCHIFF

12/03/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, December 03, 2011 03:06PM EST
Calling Number: 866-234-7606 Message Length: 28 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...
Γ

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
Inbox

11/19/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, November 19, 2011 02:56PM EST
Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...
Γ

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:37 Voice Message
SCHIFF

11/12/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, November 12, 2011 02:58PM EST
Calling Number: 866-234-7606 Message Length: 37 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...
Γ

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
VM

10/29/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, October 29, 2011 03:20PM EDT
Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...
Γ

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
VM

10/15/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, October 15, 2011 04:00PM EDT
Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...
Γ

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:08 Voice Message
VM

10/08/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, October 08, 2011 03:21PM EDT
Calling Number: 866-234-7606 Message Length: 8 seconds Message Priority: Normal Please open the attached .wav file to listen to
the voicemail message. Please...
Γ

EXHIBIT 9

866-234 7606

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
VM

09/17/11
...a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, September 17, 2011 03:55PM EDT Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:37 Voice Message
VM

09/10/11
...a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, September 10, 2011 05:10PM EDT Calling Number: 866-234-7606 Message Length: 37 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
VM

08/13/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, August 13, 2011 05:11PM EDT Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
VM

07/16/1

ALL MESSAGES ARE AUTOMATED
AND VIOLATIONS: VIOLATION 1692(b)(3) & 1692(d)6 → 10 seconds or less

ALL THE ABOVE CALLS ARE RECORDED ON COMPUTER HARD DRIVE AND AVAILABLE TO LISTEN TO.

Highlighted — yellows are one year FDCPA & TCPA violations

ALL Telephone calls are violations of CUTPA with 3 year statute of limitations.

All calls are violations of Connecticut General Statutes etc

EXHIBIT 1 D

| | 980-882-0061 | | | Search Mail |
|---|---|---|---|---|

Delete | Move | Spam | More | View

| AD | Free R... | Type In Any 860 Number A... | FreePho... | Sponsored |
|---|---|---|---|---|
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail | Sent | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail | Inbox | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail | Sent | Jan 11 |
| ☐ | ● N.R.G. | Fw: Optimum Voice - Voicem: | Inb... | Jan 11 |
| ☐ | ● N.R.G. | Fw: Optimum Voice - Voicem: | Inb... | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail | Sent | Jan 11 |
| ☐ | ● N.R.G. | Fw: Optimum Voice - Voicem: | Inb... | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail | Sent | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail | Sent | Jan 11 |
| ☐ | ● N.R.G. | Fw: Optimum Voice - Voicem: | Inb... | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail | Sent | Jan 11 |
| ☐ | ● N.R.G. | Fw: Optimum Voice - Voicem: | Inb... | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail | Sent | Jan 11 |
| ☐ | ● N.R.G. | Fw: Optimum Voice - Voicem: | Inb... | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail | Sent | Jan 11 |
| ☐ | ● N.R.G. | Fw: Optimum Voice - Voicem: | Inb... | Jan 11 |
| ☐ | ● N.R.G. | Fw: Optimum Voice - Voicem: | Inb... | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail | Sent | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail | Sent | Jan 11 |
| ☐ | ● N.R.G. | Fw: Optimum Voice - Voicem: | Inb... | Jan 11 |
| ☐ | ● N.R.G. | Fw: Optimum Voice - Voicem: | Inb... | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail | Sent | Jan 11 |
| ☐ | N.R.G. | Fw: PHONE LOGS | CITI... | 04/26/13 |
| ☐ | N.R.G. | Fw: PHONE LOGS | Sent | 04/26/13 |
| ☐ | N.R.G. | PHONE LOGS | Sent | 01/09/13 |
| ☐ ➔ | N.R.G. | PHONE LOGS | CITI... | 01/09/13 |
| ☐ | Optimum | Optimum Voice - Voicemail Rec | HLS... | 04/16/12 |
| ☐ | Optimum | Optimum Voice - Voicemail Rec | HLS... | 03/14/12 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec | HLS... | 09/27/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec | HLS... | 09/02/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec | HLS... | 08/31/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec | HLS... | 08/04/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec | HLS... | 08/04/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec | HLS... | 07/27/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec | HLS... | 07/19/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec | HLS... | 07/08/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec | HLS... | 07/07/11 |

Colligan

860-882-1798

EXHIBIT E

| | | | | | |
|---|---|---|---|---|---|
| 860-882-1798 | | | | Search Mail | |

☐ ∨   🗑 Delete   📩 Move ∨   🚫 Spam ∨   ••• More ∨   View ∨

| AD | Free R... | Type In Any 860 Number A... | FreePho... | Sponsored | |
|---|---|---|---|---|---|
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail Dra... | 📎 | | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail Sent | 📎 | | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail Inbox | 📎 | | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail Sent | 📎 | | Jan 11 |
| ☐ ● | **N.R.G.** | **Fw: Optimum Voice - Voicema Inb...** | 📎 | | **Jan 11** |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail Sent | 📎 | | Jan 11 |
| ☐ ● | **N.R.G.** | **Fw: Optimum Voice - Voicema Inb...** | 📎 | | **Jan 11** |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail Sent | 📎 | | Jan 11 |
| ☐ ● | **N.R.G.** | **Fw: Optimum Voice - Voicema Inb...** | 📎 | | **Jan 11** |
| ☐ ● | **N.R.G.** | **Fw: Optimum Voice - Voicema Inb...** | 📎 | | **Jan 11** |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail Sent | 📎 | | Jan 11 |
| ☐ ● | **N.R.G.** | **Fw: Optimum Voice - Voicema Inb...** | 📎 | | **Jan 11** |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail Sent | 📎 | | Jan 11 |
| ☐ ● | **N.R.G.** | **Fw: Optimum Voice - Voicema Inb...** | 📎 | | **Jan 11** |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail Sent | 📎 | | Jan 11 |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail Sent | 📎 | | Jan 11 |
| ☐ ● | **N.R.G.** | **Fw: Optimum Voice - Voicema Inb...** | 📎 | | **Jan 11** |
| ☐ | N.R.G. | Fw: Optimum Voice - Voicemail Sent | 📎 | | Jan 11 |
| ☐ ● | **N.R.G.** | **Fw: Optimum Voice - Voicema Inb...** | 📎 | | **Jan 11** |
| ☐ | N.R.G. | Re: Optimum Voice - Voicemail Sent | 📎 | | Jan 11 |
| ☐ ● | **N.R.G.** | **Re: Optimum Voice - Voicema Inb...** | 📎 | | **Jan 11** |
| ☐ | N.R.G. | Re: Optimum Voice - Voicemail Inbox | 📎 | | Jan 11 |
| ☐ | N.R.G. | Re: Optimum Voice - Voicemail Sent | 📎 | | Jan 11 |
| ☐ | N.R.G. | Fw: PHONE LOGS Sent | 📎 | | 04/26/13 |
| ☐ | N.R.G. | Fw: PHONE LOGS CITI... | 📎 | | 04/26/13 |
| ☐ | N.R.G. | PHONE LOGS Sent | 📎 | | 01/09/13 |
| ☐ ➔ | N.R.G. | PHONE LOGS CITI... | 📎 | | 01/09/13 |
| ☐ | Optimum | Optimum Voice - Voicemail Rec 04/02/12 | 📎 | | 04/02/12 |
| ☐ | Optimum | Optimum Voice - Voicemail Rec HLS... | 📎 | | 03/13/12 |
| ☐ ● | **Optimum** | **Optimum Voice - Voicemail R HL...** | 📎 | | **01/18/12** |
| ☐ | Optimum | Optimum Voice - Voicemail Rec HLS... | 📎 | | 12/20/11 |
| ☐ | Optimum | Optimum Voice - Voicemail Rec HLS... | 📎 | | 12/06/11 |
| ☐ | Optimum | Optimum Voice - Voicemail Rec HLS... | 📎 | | 11/05/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec HLS... | 📎 | | 10/06/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec HLS... | 📎 | | 09/13/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec HLS... | 📎 | | 08/11/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec HLS... | 📎 | | 08/08/11 |
| ☐ | Optimum | Optimum Voice - Voicemail Rec HLS... | 📎 | | 08/01/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec HLS... | 📎 | | 07/26/11 |
| ☐ ➔ | Optimum | Optimum Voice - Voicemail Rec HLS... | 📎 | | 07/14/11 |

*Calls from*
*860 882 1798*

EXHIBIT 2



OO V1 0799 1 MC 4

NABIL R GHAWI

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|

```
*******************************************************************
*  Important Change to Your Account Terms                        *
*******************************************************************
*  We are changing your account terms.  The standard             *
*  purchase and standard cash advance APRs on your               *
*  account will no longer increase when the U.S. Prime Rate*
*  increases.  Effective 02/22/10, these variable APRs           *
*  change to non-variable APRs as follows:                       *
*                                                                *
*  Standard Purchase **APR**: 19.99%                             *
*  Standard Cash Advance **APR**: 21.99%                         *
*******************************************************************
```

We thank you for being our customer and appreciate your
business.

G ° N

| **Extra Cash from Citi Summary** | | | extracash.citi.com |
|---|---|---|---|
| Extra Cash Earned This Period | Extra Cash Adjustments This Period | Total Extra Cash Earned This Period | Extra Cash Transferred To Your Extra Cash from Citi Account |
| 0.00 | 0.00 | 0.00 | 0.00 |

No Extra Cash was transferred this month to your Extra Cash from Citi account. This may be because you made no eligible purchases or because a credit/adjustment/dispute exceeded the amount of eligible purchases.

Extra Cash from Citi Member ID 8648-6018492

Our records show home phone 203-930-6063 and business phone 203-532-9459. If
incorrect, please update your account online at www.citicards.com or call us at
1-800-950-5114 to let us know.

CONTACT TELEPHONE NUMBERS
ARE 203-930-6063 and
203-532-9459

SEND PAYMENTS TO:
PLEASE REFER TO THE REVERSE SIDE OF THE ORIGINAL STATEMENT FOR PAYMENT INFORMATION.

9

Please note that Jeanine Dumont of Howard L. Schiff P.C. did not consent for an extension of time. Consequently I am overnighting the Complaint so that it is received within time assigned

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the forgoing Motion for Extension of time was mailed this 12th day of March to:

Ms Jeanine Dumont
Law Offices of Howard I. Schiff P.C.
51 0 Tolland St.
East Hartford, CT 06108

Nabil Ghawi

3/12/2014