UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Ghawi,
    *Plaintiff*,

v.                                     Civil No. 3:13cv115   (JBA)

Schiff, et al,
    *Defendants*.

SCHEDULING ORDER

The parties' 26(f) Planning Report is approved, as amended, as set forth below:

1. Any amendments or joinder of additional parties will be completed by 2/27/15.

2. All discovery will be completed 7/30/15, as follows:

    Plaintiff's expert reports will be served by 3/30/15, and depositions will be completed by 6/30/15;
    Defendant's expert 's reports will be served by 5/30/15, and depositions will be completed by 7/30/15.

    Counsel's attention is called to the Court's Standing Protective Order which may be utilized, if necessary, and may be found by visiting www.ctd.uscourts.gov → Janet Bond Arterton → Forms.

    A damages analysis by any party with a claim or counterclaim shall be served on opposing counsel by 1/15/15.

3. After a pre-filing conference, any dispositive motions will be filed by 8/30/15.

    Trial Readiness:
    If dispositive motions are filed, the parties will be expected to be trial ready 3/1/16. The parties' Joint Trial Memorandum will be filed 30 days after ruling on dispositive motions.

    If no dispositive motions are filed, the parties' Joint Trial Memorandum [www.ctd.uscourts.gov → Janet Bond Arterton → Forms] will be due 9/15/15 and

>   the parties will be expected to be trial ready 10/1/15.

4.  A telephonic status conference will be held on 8/11/15 at 4:00 p.m. Defense counsel will initiate the conference call to chambers: 203-773-2456.   The parties' status reports will be filed on 8/4/15.

                    IT IS SO ORDERED.

                    /s/_____
                    Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: January 12, 2015