UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Ghawi,
    *Plaintiff*,

v.                                                  Civil No. 3:13cv115   (JBA)

Schiff, et al,
    *Defendants*.

ORDER OF REFERRAL

The parties are referred to Magistrate Judge Margolis for the purpose of conducting a settlement conference.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: January 12, 2015