LAW OFFICES
# HOWARD LEE SCHIFF, P.C.

EAST HARTFORD, CONNECTICUT
PORTLAND, MAINE
WORCESTER, MASSACHUSETTS
NASHUA, NEW HAMPSHIRE
PROVIDENCE, RHODE ISLAND
BRATTLEBORO, VERMONT

510 Tolland Street　　East Hartford, Connecticut 06108　　Howard Lee Schiff 1933-2007
Telephone (860) 528-9991　　Facsimile (860) 528-7602

January 7, 2015

Nabil Ghawi
14 Hawthorne Street S (Apt. B)
Greenwich, CT  06831

　　　Re:  *Ghawi v. Law Offices Howard Lee Schiff PC*
　　　*Docket No. 3:13-cv-00115 JBA*

Dear Mr. Ghawi:

　　　I am enclosing a copy of the Court's order that we provide a Rule 26f Report to the Court by Monday, January 19, 2015.  I have previously provided the Court with a Rule 26f Report.  If you would like to make changes to this Report, please provide me with your changes as soon as possible.  You may fax your changes to me at 860 528 7602.

　　　If I do not hear from you in a timely manner, I will contact the Court and request that a conference be scheduled by the Court to produce this Report.

　　　Please feel free to call me if you should have any questions.  Thank you.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**