UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NABIL GHAWI<br>　　　Plaintiff | CIVIL ACTION NO.  3:13 CV 00115 JBA |
| vs | |
| LAW OFFICES HOWARD LEE SCHIFF P.C.<br>JEANINE M. DUMONT, HEATH A. TIBERIO,<br>REBECCA JADACH, QUANESHIA DAILEY-<br>THOMPSON<br>　　　Defendants | MARCH 17, 2015 |



## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Defendants, LAW OFFICES HOWARD LEE SCHIFF, P.C. JEANINE M. DUMONT, HEATH A. TIBERIO, REBECCA JADACH, and QUANESHIA DAILEY-THOMPSON, hereby move this Court for an extension of time of 30 days or until April 25, 2015 to serve responses and objections to the plaintiff's February 25, 2015, Requests for Admissions, Interrogatories and Production. The additional time is necessary because defendants are in the process of gathering information requested by plaintiff to properly respond to multiple discovery requests served by plaintiff.  In addition, the undersigned will be away on vacation until March 26, 2015.

The responses have been drafted, and a preliminary set of responses and objections will be served on Mr. Ghawi on March 17, 2015.

This case has not been scheduled for trial and there are no upcoming conferences.  Mr. Ghawi was contacted about this Motion, and he indicated that he consents only to a two-week extension of time to respond.

DEFENDANTS, LAW OFFICES HOWARD LEE SCHIFF P.C., JEANINE M. DUMONT, HEATH A. TIBERIO, REBECCA JADACH AND QUANESHIA DAILEY-THOMPSON

_____
Jeanine M. Dumont  ct 05021
Law Offices Howard Lee Schiff PC
510 Tolland Street
East Hartford, Connecticut 06108
Telephone (860) 528 9991
Fax (860) 528 7602

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on MARCH 17, 2015 to the following counsel of record:

**PLAINTIFF**
NABIL GHAWI
14 HAWTHORNE STREET S (APT. B)
GREENWICH, CT. 06831

_____
Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**