UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NABIL GHAWI** ) | |
| **PLAINTIFF** ) | |
| ) | |
| ) | **CASE# 3:13 CV 00115 JBA** |
| ) | |
| **VS:** | |
| | |
| **LAW OFFICES HOWARD L. SCHIFF,** ) | |
| **CITIBANK, NA , JEANINE DUMONT,** ) | |
| **HEATH TIBERIO, REBECCA JADACH** | |
| **QUANESHIA DAILEY-THOMPSON** | |
| **DEFENDANT/S** | |
| ) | **MARCH 30, 2015** |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (MSJ)**

Plaintiff moves for a summary judgment against Defendants Law Office of Howard L. Schiff PC, Citibank, NA, Jeanine Dumont, Heath Tiberio, Rebecca Jadach, Quaneshia Dailey-Thompson et al (CIB, HLS, Defendant or Defendants) pursuant to Fed. R. Civ. P. 56.

Nabil R. Ghawi requests an award of statutory damages (according to the statutes) against each, together with costs and fees. Non-statutory damages such as actual damages, punitive and other damages, as well as any other liability against Defendant/s is left for subsequent determination and courts discretion.

There is no dispute about the material facts that show that Defendant/s violated the FDCPA, TCPA, CUTPA and other federal and state laws in a number of respects.

Plaintiff relies on evidence, exhibits, statutes, supporting case law and other documents and affidavits when and if needed. Plaintiff has sufficient grounds for a motion of summary judgment without discovery at the present time. Discovery will merely slow down the process needlessly as Defendant/s are not cooperating.

Should further discovery be indispensable to prove the MSJ then Plaintiff will proceed according to the Courts requirements. Plaintiff asks that the Court incorporate all claims fully found within the four corners of the complaint and wholly into this instant MSJ as if pled anew.

This is a complex and lengthy case. Plaintiff is still seeking more information. And notices the Court that he shall file further pleadings and/or documentation to corroborate and support the claims as made within the complaint and Motion for Summary Judgment.

All Exhibits that are referenced in the memorandum will be sent separately.


The Plaintiff


S/S  Nabil R. Ghawi

## **CERTIFICATE OF SERVICE**

The Plaintiff, Nabil R. Ghawi, hereby certifies that a true and correct copy of the Foregoing Motion of Summary Judgment has been mailed by U.S. First Class Mail on March 30, 2015 to:

Law Offices of Howard L. Schiff,
Jeanine Dumont, Attorney
510 Tolland St,
E. Hartford, CT 06108

                Plaintiff

                S/S    Nabil Ghawi