UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NABIL GHAWI<br>PLAINTIFF | ) ) ) ) ) ) | |
| VS: | | CASE# 3:13 CV 00115 JBA |
| LAW OFFICES HOWARD L. SCHIFF,<br>CITIBANK, NA , JEANINE DUMONT,<br>HEATH TIBERIO, REBECCA JADACH<br>QUANESHIA DAILEY-THOMPSON<br>DEFENDANT/S | ) ) ) | |
| | ) | APRIL 6, 2015 |

PLAINTIFF'S EXHIBITS IN SUPPORT OF AND ATTACHED TO

MOTION TO COMPEL (dkt entry 80)

Plaintiff is filing Exhibits A, A1, B and C in support of his motion to compel Citibank, NA to respond to interrogatories, admissions and request for production. Plaintiff relies on such exhibits to support his position.

The Plaintiff

g5319458

/S/ Nabil R. Ghawi

## CERTIFICATE OF SERVICE

The Plaintiff, Nabil R. Ghawi, hereby certifies that a true and correct copy of the Exhibits has been mailed by U.S. First Class Mail on April 6, 2015 to:

Law Offices of Howard L. Schiff,
Jeanine Dumont, Attorney
510 Tolland St,
E. Hartford, CT 06108


Plaintiff

/S/  Nabil Ghawi