Nabil Ghawi

14 Hawthorne St. S. (B)

Greenwich, CT 06831

EXHIBIT A 1

Jeanine M. Dumont
Howard K. Schiff PC
510 Tolland St.
E. Hartford, CT 06108

April 6, 2015

Dear Mrs. Dumont,

    In your undated letter, you appear to have a number of questions regarding my replies to your admissions, interrogatories and requests for production. I have submitted a motion to compel on Citibank, NA as they are an integral party to the complaint. Moreover I am not satisfied with your responses to my discovery.

    The following are my responses to your questions and concerns.

1-    My lawsuit is not based on the lower courts decision. To continuously bury me with statements from Citibank NA is a waste of paper. I must have over 7 copies of these bogus statements. I will not be intimated by your persistently turning my federal lawsuit into a question of such alleged debt. The complaint is based upon the manner in which Citibank and HLS et al, as their legal counsel, pursued this alleged debt. Let me make my point crystal clear by giving you an extreme example just to illustrate the logic of the argument. Would it be legal for creditor to break my legs so that they could get repaid on a disputed alleged debt.

2-      Once again I am questioning the illegal means which were used in the collection process. These issues are presented in detail in the complaint and more recently in the motion for summary judgment.

3-      Validating the debt is the means in which evidence is produced. If the evidence is elicited by means that negates the purported documentation and communication then is it valid? Another extreme example to make the point is " if the evidence that is produced is based on coercion, deceit, forgery and other unethical and or illegal means then that evidence upon which a decision is based is flawed."
        The two prior law firms should have validated the debt before you communicated with me. That in itself was an FDCPA violation, which invalidated any of the evidence presented.

4-      My letter of July 15th 2011 states that all communication should be in writing. So in effect any calls after that date were in violation of the law.

5-      It is the means that were used to collect such alleged debt. It is immaterial if there was or was not a debt. I disagree with the paperwork and other evidence produced. I may not agree with court decision but I accept their adjudication.

6-      I requested from my phone company a list of all incoming calls made to my number. It took a while to receive the archive. I need to make a copy of the CD. After much time expended I was able to retrieve the information. I have marked every single call by date, exact time and the number from which each call emanated. The more I look the more I find but due to time constraints I have to file by a deadline so I am submitting only the calls that I can definitely account for. These 76 calls from HLS and 211 from Citibank are the absolute minimum. I would think there are many more but cannot speculate and will use only the evidence at hand. The FDCPA, TCPA and CUTPA are not dependent on the actual bills but on the call itself. Nowhere do the laws state that the penalties are dependent on the amount charged to each call.

7-       Connectiut and federal laws do not allow collecting more than what the creditor loses. So when I request to know if the debt was securitized (can only find that in discovery by fact finding) it is for a reason. Citibank, is known to have securitized all their credit card debt in pools which were then resold in the open market. Once sold by definition the purported original creditor is no longer the owner. It is fraud upon the court to sue on a debt not owned by a creditor. HLS does not have the information and for the law firm to respond on behalf of their alleged client is illegal.

8-       Please refer to response 6.

9-       I object as explained in above responses. Even so, at first glance I did admit it appeared like a true copy. I do not see the relevancy to the complaint that is actually based on violations commited. The debt is immaterial if the infractions are due to FDPA, TCPA and CUTPA. If the law explicitly states that automated prerecorded calls are not to be made to a cell/residential line then the reason for the call is immaterial and irrelevant.

10-      The FDCPA, TCPA and truth in lending and other laws, as well as, statutes state that the caller ID should show. If not disclosed then that is a violation.

11-      I have produced Exhibits indicating the calls that were made and there was no disclosure. By definition the name of company could not have been disclosed if call was cut-off in the first few seconds. These calls were recorded on the telephone answering service, which means that I was not around or I was unable to pick up the phone. If one looks at the Exhibits one can see how long the calls were. The recordings merely reflect that; a quick hang-up. I will attempt to burn the information on a CD or email it. I am still waiting for the recordings or documentation on the telephone call requested in production.

12-      Please refer to detailed responses and explanations above.

13-   I will leave it to the court to decide what the actual damages are. Statutory fines are objective whereas actual damages are subjective.

14-   I gave Ms. Dumont a preliminary damage report and had informed her later that I was still doing my due diligence and would be including more. In fact, I have found another 211 robo-calls made by CIB. Those 211 multiplied by $1500 should be added to the damage report given to Ms Dumont.

15-   I do not know how better to answer the question. I requested you send me the documentation or tape recording or whatever evidence you have. I am still waiting. Some questions cannot be answered simply yes or no. I explained reply in great detail.

16-   You have all the paperwork. It's all in the discovery you sent me; all the correspondence that has taken place. I have nothing more to add.

17-   Please do not interpret what I mean to say. Every call that HLS and CIB made within the 4-year period allowable was an automated robo call. They were inconvenient due to the distraction from my work. In any event, it is immaterial whether convenient or not. The nature of the calls violated state and federal statutes and laws.

18-   I have gone to great lengths to explain my telephone arrangement. The fact is that the 203-531 5122 is both a residential and a cell phone number as all my phones ring simultaneously. They are not call forwarded; all phones ring at the same time. I may have overlooked replying to question #13 as it was not visible because of the way the paper was stapled together. In any case I do not know what else to explain. It is not a difficult or complex idea. With the technologies in place today there is sometimes no distinction between the different telephones. I have not admitted by default due to an inadvertent non-response.

19-   I had not given out any of the numbers stated as they are all tied in together. As previously explained my main/anchor line is

203-5315122 which is a VOIP service (a type of phone communication/ system described within the TCPA). The TCPA, in the statute, is very meticulous about the types of systems that are being referred to in the statute.

20-     All the documents have been produced in the Exhibits. Every call by time and time and from whom the call emanated is clearly spelled out. The Exhibits in the motion to compel and the motion to dismiss could not be any clearer. If there is a problem understanding or confusion I would be happy to explain. All the phones ring simultaneously and any line can be picked up. In fact, I had explained this to Ms. Dailey-Thompson and Ms. Dumont on more than one occasion; that in actuality they were calling my cell phone.

21.30   My responses have been very clear. I am not sure what else you are looking for or I can provide. I cannot answer untruthfully. I have attempted to explain every question to the best of my ability and knowledge. I gave Ms. Dumont a preliminary damage report. I had informed her later that it was not complete and I was waiting for some records from the phone company; which I duly received. This exposed another 211 calls from Citibank and other calls from HLS. I am sure there are many more but because Ms Dumont wants to see records, documents and evidence then only those violations that can definitively be proven have been included in the complaint and MSJ.

At the present time I cannot estimate the actual and punitive damages as anything I say will be subject to debate. I have had health issues due to the stress. I can bring in Dr reports but to me there is not enough money to compensate for the quantity and quality of time I have had to devote to this case. The consequences go well beyond money. So any number I quote will not be sufficient. I leave it to the Court in their wisdom and past experience to determine such fines.

Once again, what is not subject to debate is the number of statutory violations. That number multiplied by the number of defendants is an absolute number. I believe that any more evidence I produce can be introduced and increase the number of violations.

In the motion for summary judgment I explain the penalties in the damage report. Just the CT. TCPA, that has a much larger fine that the Federal TCPA, is a huge liability. 211 CIB calls plus 76 HLS calls multiplied by the 6 defendants multiplied by $20,000 per violation is in the double-digit million amounts.

By the way, I see that you do not want Citibank, which is an essential and important named party to testify or respond to any of my discovery. Moreover, I have named 5 parties as Defendants at HLS but you appear to be answering on their behalf (doubtful they are even aware). My admissions, interrogatories and request for production is for each named individual. Kindly have each individual member respond to discovery as they have knowledge that you do not have and their replies cannot be exactly the same as your responses.

Every single response to my questions had a proviso in large capital letters, "DEFENDANTS OBJECT ON THE GROUNDS THAT THE REQUEST IS VAGUE AND AMBIGUOUS AND SEEKS INFORMATION WHICH IS NOT RELEVANT TO THIS CASE."

I cannot understand how you can object to every single question, When addressed the responses you give are exactly what you claim my questions are: VAGUE and AMBIGUOUS.

I certainly hope that the federal court system will take notice of the strategies used and will apply federal and state statutes in the manner to which they were constructed for.

Yours respectfully,

Nabil Ghawi