**Nabil R. Ghawi**
14 Hawthorne St. S (B)
Greenwich, CT 06831
Tel: 203-531-5122 · Fax: 203-413-6349
Ghawi2001@yahoo.com

October 22, 2012

Law Offices of Howard Lee Schiff, P.C.
Attn: Jeanine M. Dumont
510 Tolland Street
East Hartford, CT 06108

RE:  Conference time for Alleged Plaintiff's Failure to Comply with 2nd Request for Production
Citibank, N.A. vs. Nabil R. Ghawi (Case# FST-CV-12-6013516 S)

Dear Ms. Dumont,

   Wednesday afternoon anytime after 4 p.m. would be the most convenient time for me to confer with Plaintiff, Citibank N.A. and Counsel. Kindly forward me the direct number to call and I shall phone you promptly at the agreed upon time.

   I wish to remind you that this conference is to be with the Plaintiff, Citibank, not only with Counsel, as stated in my request:
"Pursuant to the Connecticut Rules of Civil Procedure, Practice Book Section 13-10, : this communication is a "good faith" effort to confer with your alleged client, Citibank, N.A. in an attempt to obtain the requested documentation and material without the further need for court action. Prior to seeking the intervention of the Court to rule on alleged Plaintiff's elusory discovery responses, I would like to establish a *Discovery Conference* with your offices so that the possibility of reaching an accord on this matter of conflict may be explored."

   Please advise me how you will provide the documents necessary for this conference as requested:
"Request is here-now further made that Citibank, N.A. produce and deliver to the Defendant, Nabil R. Ghawi, within Five (5) Days of your receipt of this notice, all such items , documents, and materials as originally timely and lawfully requested in the *subject Second Request For Production* under provision of Practice Book Sec. 13-9.
All documentation should be sent to the Defendant at the address of 14 Hawthorne St. S, Apt. B, Greenwich, CT 06831."

I look forward to receiving the documents, and the confirmation of the conference time with Citibank N.A. If unable to comply with the above request please let me know other times and days that would work for you. I would be available the following Wednesday October 31st in the afternoon. If Citibank, N.A. and Counsel would rather produce the documents and have a face to face meeting that would be fine with me. I would make myself available at the Stamford Courthouse this Wednesday 24th in the afternoon or the following Wednesday. Should neither of these days be suitable kindly let me know what is best for and I will make every attempt to change my schedule to accommodate you?

Yours truly,

Nabil R. Ghawi
Defendant

## CERTIFICATE OF SERVICE

Defendant certifies, that a copy of the foregoing Notice Of Non-Compliance To Discovery Request And Attempt To Establish Discovery Conference was faxed to 860-528 7602 and mailed to alleged Plaintiff's counsel on October 22, 2012, at the address of Law Offices Of Howard Lee Schiff, P.C., Attn: Jeanine M. Dumont and Heath A. Tiberio, 510 Tolland Street, East Hartford, CT 06108.

Nabil R. Ghawi, Defendant