# EXHIBIT C

## INCOMING CALLS FROM CITIBANK, NA

| | | |
|---|---|---|
| 11/19/2010 | 18:24:20 | 8007331116 |
| 11/20/2010 | 08:53:38 | 8007331116 |
| 11/20/2010 | 12:09:55 | 8007331116 |
| 11/20/2010 | 12:09:55 | 8007331116 |
| 11/20/2010 | 14:58:45 | 8007331116 |
| 11/20/2010 | 12:09:55 | 8007331116 |
| 11/20/2010 | 14:58:45 | 8007331116 |
| 11/20/2010 | 17:39:12 | 8007331116 |
| 11/21/2010 | 12:33:39 | 8007331116 |
| 11/21/2010 | 13:58:01 | 8007331116 |
| 11/21/2010 | 15:20:09 | 8007331116 |
| 11/21/2010 | 16:45:11 | 8007331116 |
| 11/21/2010 | 18:14:13 | 8007331116 |
| 11/21/2010 | 19:33:53 | 8007331116 |
| 11/22/2010 | 08:53:50 | 8007331116 |
| 11/20/2010 | 17:39:12 | 8007331116 |
| 11/21/2010 | 12:33:39 | 8007331116 |
| 11/21/2010 | 13:58:01 | 8007331116 |
| 11/21/2010 | 15:20:09 | 8007331116 |
| 11/21/2010 | 16:45:11 | 8007331116 |
| 11/21/2010 | 18:14:13 | 8007331116 |
| 11/21/2010 | 19:33:53 | 8007331116 |
| 11/22/2010 | 08:53:50 | 8007331116 |
| 11/22/2010 | 15:41:46 | 8007331116 |
| 11/22/2010 | 17:04:42 | 8007331116 |
| 11/22/2010 | 18:03:23 | 8007331116 |

1

| | | |
|---|---|---|
| 11/22/2010 | 18:57:45 | 8007331116 |
| 11/22/2010 | 19:49:21 | 8007331116 |
| 11/23/2010 | 08:41:39 | 8007331116 |
| 11/23/2010 | 10:30:49 | 8007331116 |
| 11/23/2010 | 12:02:06 | 8007331116 |
| 11/23/2010 | 14:56:57 | 8007331116 |
| 11/23/2010 | 19:14:17 | 8007331116 |
| 11/23/2010 | 20:01:11 | 8007331116 |
| 11/24/2010 | 08:43:43 | 8007331116 |
| 11/24/2010 | 09:58:49 | 8007331116 |
| 11/24/2010 | 15:24:08 | 8007331116 |
| 11/24/2010 | 19:12:19 | 8007331116 |
| 11/24/2010 | 20:34:53 | 8007331116 |
| 11/26/2010 | 08:40:43 | 8007331116 |
| 11/26/2010 | 19:57:05 | 8007331116 |
| 11/27/2010 | 08:21:47 | 8007331116 |
| 11/27/2010 | 09:43:32 | 8007331116 |
| 11/27/2010 | 12:54:53 | 8007331116 |
| 11/27/2010 | 15:05:42 | 8007331116 |
| 11/28/2010 | 15:00:07 | 8007331116 |
| 11/28/2010 | 16:30:46 | 8007331116 |
| 11/28/2010 | 17:44:27 | 8007331116 |
| 11/28/2010 | 19:09:40 | 8007331116 |
| 11/28/2010 | 20:07:28 | 8007331116 |
| 11/29/2010 | 09:23:48 | 8007331116 |
| 11/29/2010 | 17:06:01 | 8007331116 |
| 11/29/2010 | 19:20:38 | 8007331116 |
| 11/29/2010 | 20:36:26 | 8007331116 |
| 11/30/2010 | 08:48:13 | 8007331116 |
| 11/30/2010 | 10:56:51 | 8007331116 |
| 11/30/2010 | 12:28:51 | 8007331116 |
| 11/30/2010 | 17:25:51 | 8007331116 |
| 11/30/2010 | 18:54:04 | 8007331116 |
| 11/30/2010 | 20:34:30 | 8007331116 |
| 12/1/2010 | 09:49:21 | 8007331116 |

| | | |
|---|---|---|
| 12/1/2010 | 17:11:00 | 8007331116 |
| 12/4/2010 | 08:20:48 | 8007331116 |
| 12/4/2010 | 12:52:40 | 8007331116 |
| 12/7/2010 | 08:25:12 | 8007331116 |
| 12/7/2010 | 09:22:11 | 8007331116 |
| 12/7/2010 | 10:41:22 | 8007331116 |
| 12/7/2010 | 18:53:44 | 8007331116 |
| 12/7/2010 | 20:00:18 | 8007331116 |
| 12/11/2010 | 08:37:08 | 8007331116 |
| 12/11/2010 | 11:56:21 | 8007331116 |
| 12/14/2010 | 08:41:14 | 8007331116 |
| 12/14/2010 | 11:08:21 | 8007331116 |
| 12/14/2010 | 19:34:28 | 8007331116 |
| 12/21/2010 | 09:02:29 | 8007331116 |
| 12/22/2010 | 48:01:48 | 8007331116 |
| 11/23/2011 | 17:34:38 | 8665445501 |
| 1/23/2011 | 18:49:01 | 8665445501 |
| 1/24/2011 | 11:04:09 | 8665445501 |
| 1/24/2011 | 12:39:07 | 8665445501 |
| 1/25/2011 | 11:37:41 | 8665445501 |
| 1/25/2011 | 18:24:17 | 8665445501 |
| 1/26/2011 | 09:25:56 | 8665445501 |
| 1/26/2011 | 11:10:11 | 8665445501 |
| 1/27/2011 | 09:17:15 | 8665445501 |
| 1/27/2011 | 10:08:36 | 8665445501 |
| 1/27/2011 | 11:17:31 | 8665445501 |
| 1/28/2011 | 09:31:55 | 8665445501 |
| 1/28/2011 | 11:03:28 | 8665445501 |
| 1/28/2011 | 11:57:47 | 8665445501 |
| 1/29/2011 | 10:57:43 | 8665445501 |
| 1/29/2011 | 15:42:57 | 8665445501 |
| 1/30/2011 | 11:43:33 | 8665445501 |
| 1/30/2011 | 14:09:17 | 8665445501 |
| 1/30/2011 | 16:29:15 | 8665445501 |
| 1/31/2011 | 09:10:38 | 8665445501 |

| | | |
|---|---|---|
| 1/31/2011 | 10:20:05 | 8665445501 |
| 1/31/2011 | 12:06:04 | 8665445501 |
| 2/1/2011 | 08:47:36 | 8665445501 |
| 2/1/2011 | 09:31:09 | 8665445501 |
| 2/1/2011 | 11:38:25 | 8665445501 |
| 2/2/2011 | 11:03:49 | 8665445501 |
| 2/2/2011 | 12:00:57 | 8665445501 |
| 2/2/2011 | 13:37:56 | 8665445501 |
| 2/2/2011 | 17:19:42 | 8665445501 |
| 2/3/2011 | 09:13:35 | 8665445501 |
| 2/3/2011 | 11:20:01 | 8665445501 |
| 2/3/2011 | 13:26:48 | 8665445501 |
| 2/4/2011 | 10:51:29 | 8665445501 |
| 2/4/2011 | 12:42:29 | 8665445501 |
| 2/5/2011 | 09:09:41 | 8665445501 |
| 2/5/2011 | 11:23:25 | 8665445501 |
| 2/5/2011 | 13:30:42 | 8665445501 |
| 2/6/2011 | 11:20:32 | 8665445501 |
| 2/6/2011 | 12:29:40 | 8665445501 |
| 2/6/2011 | 15:14:53 | 8665445501 |
| 2/6/2011 | 17:16:52 | 8665445501 |
| 2/7/2011 | 11:44:59 | 8665445501 |
| 2/7/2011 | 13:44:05 | 8665445501 |
| 2/7/2011 | 20:36:42 | 8665445501 |
| 2/8/2011 | 08:41:59 | 8665445501 |
| 2/8/2011 | 09:27:46 | 8665445501 |
| 2/8/2011 | 18:20:54 | 8665445501 |
| 2/9/2011 | 09:00:43 | 8665445501 |
| 2/9/2011 | 09:01:17 | 8665445501 |
| 2/9/2011 | 09:40:27 | 8665445501 |
| 2/9/2011 | 12:31:52 | 8665445501 |
| 2/9/2011 | 18:25:57 | 8665445501 |
| 2/10/2011 | 09:05:54 | 8665445501 |
| 2/10/2011 | 10:21:32 | 8665445501 |
| 2/10/2011 | 11:34:23 | 8665445501 |

| | | |
|---|---|---|
| 2/10/2011 | 18:05:51 | 8665445501 |
| 2/10/2011 | 20:02:44 | 8665445501 |
| 2/10/2011 | 20:57:39 | 8665445501 |
| 2/11/2011 | 09:41:23 | 8665445501 |
| 2/11/2011 | 20:17:18 | 8665445501 |
| 2/12/2011 | 08:33:48 | 8665445501 |
| 2/12/2011 | 09:25:49 | 8665445501 |
| 2/12/2011 | 11:18:54 | 8665445501 |
| 2/12/2011 | 15:17:55 | 8665445501 |
| 2/13/2011 | 11:21:17 | 8665445501 |
| 2/13/2011 | 12:24:54 | 8665445501 |
| 2/13/2011 | 13:16:15 | 8665445501 |
| 2/13/2011 | 15:13:06 | 8665445501 |
| 2/13/2011 | 17:57:25 | 8665445501 |
| 2/14/2011 | 10:21:55 | 8665445501 |
| 2/14/2011 | 13:32:54 | 8665445501 |
| 2/15/2011 | 10:09:46 | 8665445501 |
| 2/15/2011 | 18:42:02 | 8665445501 |
| 2/15/2011 | 19:20:16 | 8665445501 |
| 2/15/2011 | 20:28:04 | 8665445501 |
| 2/15/2011 | 20:54:34 | 8665445501 |

The above 211 prerecorded automated calls can be traced to
Citibank NA.