UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Ghawi,
    *Plaintiff*,

v.                                                                          Civil No. 3:13cv115 (JBA)

Law Firm of Howard Schiff, et al,
    *Defendants*.

### ENDORSEMENT ORDER

Plaintiff's Motion for Summary Judgment [Doc. # 81] is DENIED, without prejudice to renew, for failure to comply with D. Conn. L.Civ. R. 7(a), which states:

"Any motion involving disputed issues of law shall be accompanied by a written memorandum of law... Failure to submit a memorandum may be deemed sufficient cause to deny the motion."

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    April 10, 2015