**Nabil Ghawi**
14 Hawthorne St S (Apt B)
Greenwich, CT 06831

EXHIBIT 1

Howard L. Schiff P.C
510 Tolland St
East Hartford, CT 06108

Ref: CN: V81812 NS

July 15, 2011

Greetings,

I am writing in response to your letter dated July 9, 2011. I am not refusing to pay the alleged debt but this is a notice that your claim is disputed. This is a request made pursuant to the Fair Debt Collection Practices Act. I dispute your debt related allegations, deny the same and demand strict proof and verification thereof. This dispute, denial and demand are made in accordance with federal and state law.

As a third party debt collector please provide me the documentation of your authority to act on behalf of Citibank NA.

I request kindly that all communication be in writing. Thank you for your understanding and cooperation.

Yours cordially,

*[signature]* 7/15/2011

Nabil Ghawi