# EXHIBIT N

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
SCHIFF

12/17/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, December 17, 2011 04:11PM EST Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:28 Voice Message
SCHIFF

12/03/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, December 03, 2011 03:06PM EST Calling Number: 866-234-7606 Message Length: 28 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
Inbox

11/19/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, November 19, 2011 02:56PM EST Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:37 Voice Message
SCHIFF

11/12/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, November 12, 2011 02:58PM EST Calling Number: 866-234-7606 Message Length: 37 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
VM

10/29/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, October 29, 2011 03:20PM EDT Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
VM

10/15/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, October 15, 2011 04:00PM EDT Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:08 Voice Message
VM

10/08/11
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, October 08, 2011 03:21PM EDT Calling Number: 866-234-7606 Message Length: 8 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
SCHIFF

03/24/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, March 24, 2012 02:00PM EDT Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
SCHIFF

03/17/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, March 17, 2012 02:44PM EDT Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
SCHIFF

02/11/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, February 11, 2012 04:29PM EST Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:01 Voice Message
SCHIFF

02/04/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, February 04, 2012 03:06PM EST Calling Number: 866-234-7606 Message Length: 1 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:37 Voice Message
SCHIFF

01/21/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, January 21, 2012 02:55PM EST Calling Number: 866-234-7606 Message Length: 37 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
Inbox

01/14/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, January 14, 2012 03:44PM EST Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:37 Voice Message
SCHIFF

01/07/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, January 07, 2012 04:31PM EST Calling Number: 866-234-7606 Message Length: 37 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:38 Voice Message
SCHIFF

06/21/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Thursday, June 21, 2012 05:10PM EDT Calling Number: 866-234-7606 Message Length: 38 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
SCHIFF

06/16/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, June 16, 2012 03:43PM EDT Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:30 Voice Message
SCHIFF

06/02/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, June 02, 2012 04:08PM EDT Calling Number: 866-234-7606 Message Length: 30 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
SCHIFF

05/26/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, May 26, 2012 06:25PM EDT Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
SCHIFF

05/12/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, May 12, 2012 03:50PM EDT Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:04 Voice Message
SCHIFF

04/21/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, April 21, 2012 02:28PM EDT Calling Number: 866-234-7606 Message Length: 4 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐

Optimum Voice
Optimum Voice - Voicemail Received(866-234-7606) 00:37 Voice Message
SCHIFF

04/07/12
...received a new message in your Optimum Voice voicemail box. Date/Time of Call: Saturday, April 07, 2012 03:19PM EDT Calling Number: 866-234-7606 Message Length: 37 seconds Message Priority: Normal Please open the attached .wav file to listen to the voicemail message. Please...

☐