**EXHIBIT     M**

Contract # S309-CL-05-7002-118/1

January 2, 2012

Dear Mr. Goldberg,

Beginning the New Year I am reviewing all my finances. The above referenced account is one that is not reconciled and I am unsure on who the owner is so that I can contact them and I can resolve any outstanding issues.

Kindly forward me the present owner of the account and the contract agreement or other information so that I can clear up any outstanding issues related to the above account. This would be greatly appreciated as I am unsure of the pending status.

Thank you,

[signature]

Nabil Ghali
14 Hawthorne St's (Apt 5)
Greenwich, CT. 06831