Nabil Ghawi

14 Hawthorne St S (Apt B)

Greenwich, CT 06831

November 15, 2013

Ref: 3:13-cv-00115-JBA

Dear Honorable ladies and gentlemen of the court,

Kindly re-issue the summons to Citibank NA and address it to:

Eugene M. McQuade (or CEO)
Citibank, NA
701 E 60th St North
Sioux Falls, S.D. 57104

The reason for this request is that their alleged attorneys Howard L. Schiff did not accept the summons on behalf of their purported client.

I am unable to complete my amended complaint in the time graciously granted to me (November 22, 2013) by the Honorable Judge Janet Bond Arterton. I would therefore kindly ask the court to accept my original complaint as submitted.

I thank you for your kind understanding.

Yours respectfully,

Nabil Ghawi