## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NABIL GHAWI                                CIVIL ACTION NO. 3:13 CV 00115 JBA
    Plaintiff

vs

LAW OFFICES HOWARD LEE SCHIFF P.C.
JEANINE M. DUMONT, HEATH A. TIBERIO,
REBECCA JADACH, QUANESHIA DAILEY-
THOMPSON
    Defendants                           APRIL 13, 2015



### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES

Defendant, CITIBANK, N.A., hereby submits the following Memorandum of Law in Support of its Objection to the plaintiff's Motion to Compel dated March 24, 2015:

### I. Background

This is an action by a consumer, NABIL GHAWI, claiming violations of the FDCPA and the TCPA. Mr. Ghawi's Amended Complaint dated March 12, 2014 ["Amended Complaint"] alleged violations of the FDCPA, TCPA, CUTPA and others claims against the Law Offices of Howard Lee Schiff and its employees. There are no factual or legal allegations directed to defendant, Citibank, N.A. Defendants moved to dismiss the complaint, and this Court (Arterton, J.) dismissed all of the Counts except the FDCPA, TCPA and CUTPA. It is not clear that Citibank, N.A. remains a defendant in this action following this Court's ruling on the Motion to Dismiss.

Plaintiff served Requests for Admissions, Interrogatories and Production directed to

Citibank, N.A. on February 25, 2015. These are extensive discovery requests which seek information well beyond the TCPA claim in Count II even if we assume that Citibank remains a party as to that Count. Such questions are nothing more than a fishing expedition by the plaintiff with respect to other claims or unalleged claims herein.

As a result, defendant moved for a protective order under the provisions of Fed. R. Civ. Proc. 26 on March 17, 2015. This Court has yet to rule on this Motion. However, Mr. Ghawi has filed a "Motion to Compel" dated March 24, 2015 claiming that Citibank should be compelled to comply with discovery. Mr. Ghawi asserts:

- "[A]ll are working in concert and are in agreement." *Motion to Compel at 3*. There are no such allegations in the Amended Complaint to support this claim.
- "Also, depending on CIB's responses to discovery there may be evidence to reveal other violations." *Id*. Pursuant to the Scheduling Order issued in this case, the deadline for amendment was February 27, 2015. Therefore, no additional claims may be added at this time.
- Plaintiff admits that his Amended Complaint's definition of "defendant" or defendants" is equivalent to "HLS" or Law Offices Howard Lee Schiff P.C.—which is a distinct entity separate from Citibank, N.A. *Id. at 4*.

In addition to the foregoing, Mr. Ghawi has failed to comply with Rule 37 of the Local Rules for the District of Connecticut by making any good faith effort to eliminate or reduce the areas of

controversy *before* filing the Motion to Compel. Indeed, Mr. Ghawi appears to be conflating the plaintiff's Citibank discovery requests with the Schiff Law Offices' discovery requests. *See Motion to Compel at 6.* Quite separate from Citibank's Motion for Protective Order, the Schiff Law Office served discovery on Mr. Ghawi which were insufficiently answered by Mr. Ghawi.[1]

WHEREFORE defendant prays that this Court deny Mr. Ghawi's Motion to Compel as it is presently premature and improperly filed.

DEFENDANT, CITIBANK, N.A.

*[signature]*

Jeanine M. Dumont   ct 05021
Law Offices Howard Lee Schiff PC
510 Tolland Street
East Hartford, Connecticut 06108
cmoylan@hlschiffpc.com
Telephone (860) 528 9991
Fax (860) 528 7602

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on APRIL 13, 2015 to the following counsel of record:

**PLAINTIFF**
NABIL GHAWI

---

[1] The undersigned has written to Mr. Ghawi twice about the inadequate responses he has given to defendants' discovery requests, and Mr. Ghawi has been given until April 10, 2015 to respond. Although defendants have not yet filed a Motion to Compel, Mr. Ghawi filed the questions and responses on April 6, 2015 with his "Plaintiff's Exhibits in Support of and Attached to Motion to Compel." Also included with this filing is a letter dated April 6, 2015—which has never been sent to the undersigned—which purports to claim that the Schiff Law Office's responses to discovery were "unsatisfactory" to Mr. Ghawi. It is unclear whether this letter is intended to provide further responses to discovery served by defendants on Mr. Ghawi, or Mr. Ghawi is requesting further responses to discovery from the Schiff Law Office. Plaintiff also appears to be producing documents which were requested by the Schiff Law Office in its discovery. None of these matters related to Citibank, N.A. or its Motion for Protective Order.

14 HAWTHORNE STREET S (APT. B)
GREENWICH, CT. 06831

_Jeanine M. Dumont_ (signature)
Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**