## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NABIL GHAWI
    Plaintiff

vs

LAW OFFICES HOWARD LEE SCHIFF P.C.
JEANINE M. DUMONT, HEATH A. TIBERIO,
REBECCA JADACH, QUANESHIA DAILEY-
THOMPSON
    Defendants

CIVIL ACTION NO.  3:13 CV 00115 JBA

MAY 5, 2015

## MOTION FOR ENLARGEMENT OF TIME
## IN WHICH TO FILE OPPOSITION TO PLAINTIFF'S
## MOTION FOR SUMMARY JUDGMENT

Defendants moves this Court for an enlargement of time in which to file an Opposition to the Plaintiff's Motion for Summary Judgment, and in support of this Motion, defendants state as follows:

1.  This is an action complaining that the defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. 1692, *et seq.*

2. Defendants request that this Court grant an extension of time of 30 days to file its opposition to the plaintiff's Motion for Summary Judgment.

3.  The undersigned has contacted Mr. Ghawi and he has indicated that he consents to this request for an extension of time.

WHEREFORE, defendants respectfully request that this Court grant this Motion for Enlargement of Time to permit defendants an additional 30 days until June 7, 2015 to file their opposition to Plaintiff's Motion for Summary Judgment.

DEFENDANT, LAW OFFICES HOWARD LEE SCHIFF P.C.,
JEANINE M. DUMONT, HEATH A. TIBERIO, REBECCA
JADACH AND QUANESHIA DAILEY-THOMPSON

Jeanine M. Dumont   ct 05021
Law Offices Howard Lee Schiff PC
510 Tolland Street
East Hartford, Connecticut 06108
cmoylan@hlschiffpc.com
Telephone (860) 528 9991
Fax (860) 528 7602

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on MAY 5, 2015 to the following *pro se* parties and counsel of record:

**PLAINTIFF**
NABIL GHAWI
14 HAWTHORNE STREET S (APT. B)
GREENWICH, CT.  06831

Jeanine M. Dumont

## THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

2