UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NABIL GHAWI,** | Civil Action No. |
| | 3:13-cv-00115 (JBA) |
| Plaintiff, | |
| v. | |
| **HOWARD LEE SCHIFF, P.C., JEANINE M. DUMONT, HEATH A. TIBERIO, REBECCA JADACH, QUANESHIA DAILEY-THOMPSON AND CITIBANK, N.A.** | |
| **Defendants.** | JUNE 1, 2015 |

### NOTICE OF APPEARANCE

Please enter the appearance of Tara L. Trifon, as attorney for the defendant, Citibank, N.A., in the above-captioned matter. This appearance is in lieu of the appearance already on file for defendant, Citibank, N.A.

                                            Respectfully submitted,

                                            By:    /s/Tara L. Trifon
                                                       Tara L. Trifon (ct28415)
                                                       Locke Lord LLP
                                                       20 Church Street, 20th Floor
                                                       Hartford, CT 06103
                                                       Phone: (860) 525-5065
                                                       Fax: (860) 527-4198
                                                       Email: tara.trifon@lockelord.com

                                                        *Attorneys for Defendant*
                                                        *Citibank, N.A.*

Dated:  June 1, 2015

AM 50571760.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

*/s/ Tara L. Trifon*
Tara L. Trifon
