UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NABIL GHAWI,** | **Civil Action No.** |
| **Plaintiff,** | **3:13-cv-00115 (JBA)** |
| v. | |
| **HOWARD LEE SCHIFF, P.C., JEANINE M. DUMONT, HEATH A. TIBERIO, REBECCA JADACH, QUANESHIA DAILEY-THOMPSON AND CITIBANK, N.A.** | |
| **Defendants.** | **JUNE 1, 2015** |

## MOTION FOR EXTENSION OF TIME

Defendant Citibank, N.A. ("Defendant" or "Citi"), hereby requests an extension of time to file its objection to plaintiff, Nabil Ghawi's ("Plaintiff" or "Mr. Ghawi"), First Motion for Summary Judgment (ECF No. 89) to June 22, 2015 and, therefore, extending the deadline for Mr. Ghawi's reply to July 6, 2015.

Good cause exists for granting this motion as undersigned has recently been retained to represent Defendant in this matter and needs the additional time to review the facts of this case.

This is the first such motion for extension of time filed by Defendant. Mr. Ghawi consents to this request.

AM 50572902.1

WHEREFORE, Citi respectfully requests that the Court grant this motion for extension of time.

Respectfully submitted,

By: /s/Tara L. Trifon
Tara L. Trifon (ct28415)
Locke Lord LLP
20 Church Street, 20th Floor
Hartford, CT 06103
Phone: (860) 525-5065
Fax: (860) 527-4198
Email: tara.trifon@lockelord.com

*Attorneys for Defendant
Citibank, N.A.*

Dated: June 1, 2015

AM 50572902.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

/s/ *Tara L. Trifon*
Tara L. Trifon