## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NABIL GHAWI                           CIVIL ACTION NO.  3:13 CV 00115 JBA
     Plaintiff

vs

LAW OFFICES HOWARD LEE SCHIFF P.C.
JEANINE M. DUMONT, HEATH A. TIBERIO,
REBECCA JADACH, QUANESHIA DAILEY-
THOMPSON, CITIBANK, N.A.
     Defendants                   MAY 29, 2015

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Defendant, CITIBANK, N.A., hereby moves this Court for an extension of time of one week to June 12, 2015, to serve responses and objections to the plaintiff's February 25, 2015, Requests for Admissions, Interrogatories and Production, pursuant to this Court's Order of May 18, 2015. The additional time is necessary because Citibank, N.A. did not receive notice of this Court's order until May 27, 2015. The email advising Citibank, N.A. of the order was not delivered when sent, and the delivery problem was not discovered and corrected until May 27, 2015. Defendant is in the process of gathering information requested by plaintiff to properly respond to the discovery requests served by plaintiff.

This case has not been scheduled for trial and there are no upcoming conferences. Mr. Ghawi was contacted about this Motion. He has indicated that he does not object to this Motion.

DEFENDANT, CITIBANK, N.A.

_Jeanine M. Dumont_ ct 05021
Law Offices Howard Lee Schiff PC
510 Tolland Street
East Hartford, Connecticut 06108
Telephone (860) 528 9991
Fax (860) 528 7602

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on MAY 29, 2015 to the following counsel of record:

**PLAINTIFF**
NABIL GHAWI
14 HAWTHORNE STREET S (APT. B)
GREENWICH, CT.  06831

_Jeanine M. Dumont_

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**