UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NABIL GHAWI,<br>    *Plaintiff,*<br>    *v.*<br>LAW OFFICES HOWARD LEE SCHIFF, P.C., JEANINE M. DUMONT, HEATH A. TIBERIO, REBECCA JADACH, QUANESHIA DAILEY-THOMPSON, and CITIBANK, N.A.,<br>    *Defendants.* | Civil No. 3:13-cv-115 (JBA)<br><br>October 21, 2015 |

**RULING ON HLS'S MOTION TO STRIKE**

On April 16, 2015, Mr. Ghawi filed a motion for summary judgment [Doc. # 89], which the HLS Defendants opposed [Doc. # 103] on June 8, 2015 and Citibank opposed [Doc. # 104] on June 22, 2015. Mr. Ghawi filed his statement of material facts [Doc. # 111] in support of his motion for summary judgment on July 1, 2015. On July 2, 2015, July 6, 2015, and July 13, 2015, Mr. Ghawi filed several affidavits [Doc. ## 112, 113, 114] in support of his motion for summary judgment, as well as a Reply [Doc. # 115] to Citibank's opposition and an "Objection" [Doc. # 116] to Citibank's statement of material facts. In addition, on August 11, 2015 Mr. Ghawi filed several exhibits [Doc. # 133] in support of his motion.

HLS filed a cross-motion for summary judgement [Doc. # 102] on June 8, 2015. On June 29, 2015, Mr. Ghawi filed a series of "counter-affidavits" [Doc. ## 109, 110], purporting to rebut affidavits filed by Defendants. On June 20, 2015, Mr. Ghawi filed two memoranda [Doc. ## 119, 120] in opposition to HLS's motion for summary judgment. On July 30, 2015, he filed a third [Doc. # 121] opposition brief, and on August 18, 2015, he filed a number of exhibits [Doc. ## 141, 143]. The HLS Defendants submitted a Reply

brief [Doc. # 149] on August 31, 2015. Mr. Ghawi then filed a new affidavit [Doc. # 151], to which he attached five affidavits he had previously filed, one of which the Court had already struck [Doc. # 134].

The HLS Defendants now move [Doc. # 152] to strike Mr. Ghawi's latest affidavits on the grounds that the Federal and Local Rules of Civil Procedure do not provide for the filing of further briefs or affidavits after the filing of a reply brief. As the Court explained to Mr. Ghawi during the August 11, 2015 conference call and again in its Ruling on Citibank's Motion to Strike filed this date, after a reply brief is filed, no further briefing is permitted absent the permission of the Court. Mr. Ghawi obtained no such permission here. The HLS Defendants' Motion to Strike is GRANTED.

IT IS SO ORDERED.

    /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 21st day of October, 2015.