# EXHIBIT 1

**Subject:  Phone bills**

**Tuesday, September 8, 2015 4:24 PM**

From:  "N.R.G." <ghawi2001@yahoo.com>

To:  "Donald Frechette" <donald.frechette@lockelord.com> "Tara Trifon" <tara.trifon@lockelord.com>

'          3 Files
'          17 MB

Cablevision phone bills 2009 to 2014.PDF

'

Phone Invoices paid Credit Cards 2009-2014.PDF

'

Miscellaneous phone bills 2009 to 2014.PDF

**Dear Mrs. Trifon & Mr. Frechette,**

**Pursuant to the court orders please find attached all phone bills that I was able to retrieve. I have attempted to organize the information as best as possible. There are 3 attachments.If you would like me to send you a printout please let me know, otherwise I will assume that they have been received  order.**

**Mrs. Dumont returned to me the only other original CD; the other original is at the courthouse. If you would like a copy I can have one done at one of the office stores. The same data is the one I send you as an attachment; additionally as per court orders I have filed a copy of all such incoming calls and they can be found on the CME online. You should have received an email with that same information when it was filed in the court system. The authenticity of such information can be verified by the court as they have an original CD.**

**Please let me know if there is anything else you need.**

**Yours cordially,**
**Nabil Ghawi**