UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Ghawi,
    *Plaintiff*,
    *v.*

Schiff,
    *Defendant.*

Docket No. 13-cv-115 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required.   This case will now be dismissed.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by March 7, 2016.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

                IT IS SO ORDERED.

                /s/_____
                Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 5th day of February, 2016.